1 **BARRITT SMITH LLP**
Douglas A. Barritt, Bar No. 150955
2 17310 Red Hill Avenue, Suite 140
Irvine, California 92614
3 Phone:   949-553-0700
Fax:       949-553-0715
4 Email:    dbarritt@barrittsmith.com

5 Attorneys for Defendants
SIRVA, INC., JOE JENIO, KEN WHELAN,
6 SCOTT BLACK AND RAMON PADILLA

7

8                 UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11 GABRIELLA LEMA,                                   CASE NO.: _____

12        Plaintiff,                                **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

13   vs.

14 SIRVA/NAL WORLDWIDE LOGISTICS, JUAN               **[CIVIL L.R. 3-16]**
CORTES, JOE JENIO, SCOTT BLACK, KEN
15 WHELAN, MARILYN BEASLEY, RAMON
PIDALLA, and DOES 1-10,
16
       Defendants.
17

18

---

1
**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS (CASE NO. UNASSIGNED)**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Gabriella Lema, SIRVA, Inc., Marilyn Beardsley, Scott Black, Juan Cortes, Joe Jenio, Ramon Padilla and Ken Whelan.

DATED: July 12, 2007

**BARRITT SMITH LLP**

By: _/s/ Douglas A. Barritt_
Douglas A. Barritt
Attorney for Defendants
SIRVA, INC., JOE JENIO, KEN WHELAN, SCOTT BLACK AND RAMON PADILLA

---

2
**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS (CASE NO. UNASSIGNED)**

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within action; my business address is 17310 Red Hill Avenue, Suite 140, Irvine, California 92614.

On July 12, 2007, I served the foregoing document(s) described as **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** upon the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope and addressed as follows:

**Gabriellea Lema**
**39183 Walnut Terrace**
**Fremont, California 94536**

( )   **(By U.S. Mail)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at Irvine, California.

( )   **(By Facsimile)** I served a true and correct copy by facsimile to the number(s) listed above (or on the attached sheet). Said transmission was reported complete and without error.

(X)   **(By Overnight Mail)** I served a true and correct copy enclosed in a sealed Federal Express envelope addressed to the aforementioned person(s) marked for next business day delivery, and deposited the copy into a Federal Express depository.

(X)   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 12, 2007, at Irvine, California.

Douglas A. Barritt

c:\cases\sirva\lema\pos\mail proof (federal).doc