1 **BARRITT SMITH LLP**
Douglas A. Barritt, Bar No. 150955
2 17310 Red Hill Avenue, Suite 140
Irvine, California 92614
3 Phone: 949-553-0700
Fax: 949-553-0715
4 Email: dbarritt@barrittsmith.com

5 Attorneys for Defendants
SIRVA, INC., JOE JENIO, KEN WHELAN,
6 SCOTT BLACK and RAMON PADILLA

7

8 **UNITED STATES DISTRICT COURT**

9 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN JOSE DIVISION**

| | |
|---|---|
| GABRIELLA LEMA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SIRVA/NAL WORLDWIDE LOGISTICS, JUAN CORTES, JOE JENIO, SCOTT BLACK, KEN WHELAN, MARILYN BEASLEY, RAMON PIDALLA, and DOES 1-10,<br><br>　　　　Defendants. | CASE NO.: _____<br><br>**JOINDER IN DEFENDANT SIRVA, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. § 1331 AND 28 U.S.C. § 1441** |

Defendant SIRVA, Inc. (erroneously served as "SIRVA/NAL WORLDWIDE") has removed this action pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441. Individual defendants Joe Jenio, Ken Whelan, Scott Black and Ramon Padilla (erroneously sued as "Ramon Pidalla") hereby join in defendant SIRVA, Inc.'s Notice of Removal of Civil Action Pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441. On information and belief, plaintiff has not yet served the remaining individual defendants (Marilyn Beardsley (erroneously sued as Marilyn Beasley), and Juan Cortes) with her Summons and Complaint.

DATED: July 12, 2007

**BARRITT SMITH LLP**

By: _____
Douglas A. Barritt
Attorney for Defendants
SIRVA, INC., JOE JENIO, KEN WHELAN, SCOTT BLACK and RAMON PADILLA

BARRITT SMITH LLP
17310 RED HILL AVENUE, SUITE 140
IRVINE, CALIFORNIA 92614
949-553-0700

<u>**CERTIFICATE OF SERVICE**</u>

I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within action; my business address is 17310 Red Hill Avenue, Suite 140, Irvine, California 92614.

On July 12, 2007, I served the foregoing document(s) described as **JOINDER IN DEFENDANT SIRVA, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. § 1331 AND 28 U.S.C. § 1441** upon the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope and addressed as follows:

**Gabriellea Lema**
**39183 Walnut Terrace**
**Fremont, California 94536**

( ) **(By U.S. Mail)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at Irvine, California.

( ) **(By Facsimile)** I served a true and correct copy by facsimile to the number(s) listed above (or on the attached sheet). Said transmission was reported complete and without error.

(X) **(By Overnight Mail)** I served a true and correct copy enclosed in a sealed Federal Express envelope addressed to the aforementioned person(s) marked for next business day delivery, and deposited the copy into a Federal Express depository.

(X) **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 12, 2007, at Irvine, California.

_____
Douglas A. Barritt

c:\cases\sirva\lema\pos\mail proof (federal).doc