**BARRITT SMITH LLP**
Douglas A. Barritt, Bar No. 150955
17310 Red Hill Avenue, Suite 140
Irvine, California 92614
Phone: 949-553-0700
Fax: 949-553-0715
Email: dbarritt@barrittsmith.com

Attorneys for Defendants
SIRVA, INC., JOE JENIO, KEN WHELAN,
SCOTT BLACK and RAMON PADILLA

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GABRIELLA LEMA,<br><br>   Plaintiff,<br><br>   vs.<br><br>SIRVA/NAL WORLDWIDE LOGISTICS, JUAN CORTES, JOE JENIO, SCOTT BLACK, KEN WHELAN, MARILYN BEASLEY, RAMON PIDALLA, and DOES 1-10,<br><br>   Defendants. | CASE NO.: C07 03631 (HRL)<br><br>**CERTIFICATE OF SERVICE ON PLAINTIFF OF: (1) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; (2) COURT'S STANDING ORDER RE INITIAL CASE MANAGEMENT, (3) STANDING ORDER RE CASE MANAGEMENT (SAN JOSE DIVISION) AND (4) DISPUTE RESOLUTION PROCEDURES** |

Defendants have served on plaintiff: (1) Order Setting Initial Case Management Conference and ADR Deadlines; (2) this Court's Standing Order re Initial Case Management; (3) the Standing Order re Case Management (San Jose Division); and (4) Dispute Resolution Procedures. A Certificate of Service verifying that these documents were served on plaintiff is attached hereto as Exhibit A.

DATED: July 16, 2007

                                          **BARRITT SMITH LLP**

                                          By:  /s/ Douglas A. Barritt_____
                                              Douglas A. Barritt
                                              Attorney for Defendants
                                              SIRVA, INC., JOE JENIO, KEN WHELAN,
                                              SCOTT BLACK and RAMON PADILLA

# EXHIBIT A

Lema v. SIRVA, Inc., et al.  ‖  Case No. C07 03631 HRL
EXHIBIT A

**CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within action; my business address is 17310 Red Hill Avenue, Suite 140, Irvine, California 92614.

On July 16, 2007, I served the foregoing document(s) described as **(1) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; (2) COURT'S STANDING ORDER RE INITIAL CASE MANAGEMENT, (3) STANDING ORDER RE CASE MANAGEMENT (SAN JOSE DIVISION) AND (4) DISPUTE RESOLUTION PROCEDURES** upon the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope and addressed as follows:

**Gabriella Lema**
**39183 Walnut Terrace**
**Fremont, California 94536**

(X) **(By U.S. Mail)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at Irvine, California.

( ) **(By Facsimile)** I served a true and correct copy by facsimile to the number(s) listed above (or on the attached sheet). Said transmission was reported complete and without error.

( ) **(By Overnight Mail)** I served a true and correct copy enclosed in a sealed Federal Express envelope addressed to the aforementioned person(s) marked for next business day delivery, and deposited the copy into a Federal Express depository.

(X) **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 16, 2007**,** at Irvine, California.

/s/ Douglas A. Barritt

c:\cases\sirva\lema\pos\mail proof (federal).doc