UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gabriella Lema

              Plaintiff(s),

Case No. C 07-03631 HRL

ADR CERTIFICATION BY PARTIES AND COUNSEL

v.

SIRVA/NAL WORLDWIDE LOGISTICS, ET AL.
              Defendant(s).
_____/

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: July 16, 2007                                                /s/ Joe Jenio
                                                                          [Party]

Dated: July 18, 2007                                                 /s/ Douglas A. Barritt
                                                                          [Counsel]

**I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.**

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within action; my business address is 17310 Red Hill Avenue, Suite 140, Irvine, California 92614.

On July 19, 2007, I served the foregoing document(s) described as **ADR CERTIFICATION BY PARTIES AND COUNSEL (JOE JENIO)** upon the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope and addressed as follows:

**Gabriella Lema**
**39183 Walnut Terrace**
**Fremont, California 94536**

(X) **(By U.S. Mail)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at Irvine, California.

( ) **(By Facsimile)** I served a true and correct copy by facsimile to the number(s) listed above (or on the attached sheet). Said transmission was reported complete and without error.

( ) **(By Overnight Mail)** I served a true and correct copy enclosed in a sealed Federal Express envelope addressed to the aforementioned person(s) marked for next business day delivery, and deposited the copy into a Federal Express depository.

(X) **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 19, 2007, at Irvine, California.

/s/ Douglas A. Barritt

c:\cases\sirva\lema\pos\mail proof (federal).doc