1
2
3
4
5
6                   UNITED STATES DISTRICT COURT
7                  NORTHERN DISTRICT OF CALIFORNIA
8
    Gabriella Lema
9                                                    No. C 07-03631 HRL
10           Plaintiff(s),                    **CONSENT TO PROCEED BEFORE A
                                              UNITED STATES MAGISTRATE JUDGE**
11       v.
    SIRVA/NAL WORLDWIDE LOGISTICS, ET
12  AL.
13           Defendant(s).
                                          /
14
15        CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16       In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18  proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the

19  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20

21  Dated: July 20, 2007                       /s/ Douglas A. Barritt
                                               Signature
22
                                               Counsel for  Defendants
23                                             (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within action; my business address is 17310 Red Hill Avenue, Suite 140, Irvine, California 92614.

On July 20, 2007, I served the foregoing document(s) described as **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** upon the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope and addressed as follows:

**Gabriella Lema**
**39183 Walnut Terrace**
**Fremont, California 94536**

(X)  **(By U.S. Mail)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at Irvine, California.

( )  **(By Facsimile)** I served a true and correct copy by facsimile to the number(s) listed above (or on the attached sheet). Said transmission was reported complete and without error.

( )  **(By Overnight Mail)** I served a true and correct copy enclosed in a sealed Federal Express envelope addressed to the aforementioned person(s) marked for next business day delivery, and deposited the copy into a Federal Express depository.

(X)  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 20, 2007, at Irvine, California.

/s/ Douglas A. Barritt

c:\cases\sirva\lema\pos\mail proof (federal).doc