**United States District Court**
For the Northern District of California

*E-filed 8/30/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GABRIELLA LEMA,<br><br>      Plaintiff,<br><br>    v.<br><br>SIRVA / NAL WORLDWIDE LOGISTICS, et al.,<br><br>      Defendants.<br>_____/ | Case No. C07-03631 HRL<br><br>**ORDER SETTING DEADLINE FOR PLAINTIFF TO FILE EITHER CONSENT TO OR DECLINATION OF MAGISTRATE JUDGE JURISDICTION** |

Because this case has been assigned to a Magistrate Judge, Plaintiff shall file either a Consent to Magistrate Judge Jurisdiction or a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to District Court Judge by **Tuesday, September 25, 2007**.[1] If no consent is filed by this date, then the case will be automatically reassigned to a District Court Judge for further proceedings.

**IT IS SO ORDERED.**

Dated: 8/30/07

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] If Plaintiff did not receive copies of the forms from the clerk's office upon filing the complaint, they are available from the clerk of the court or from the court's website at www.cand.uscourts.gov.

United States District Court
For the Northern District of California

1  THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

2
   Douglas A. Barritt dbarritt@barrittsmith.com
3

4  Gabrielle Lema
   39183 Walnut Terrace
5  Fremont, CA 94536

6

7

8
   Dated: 8/30/07
9
                                              ___/s/  KRO_____
10
                                              Chambers of Magistrate Judge Howard R. Lloyd
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2