```
Robert E. Thompson, Esq.
110 Sutter Street, Suite 501
San Francisco, California  94104
California State Bar No. 93022
Telephone: (415)  543-2818
Facsimile: (415)  788-6144

Attorney for Plaintiff
Gabriella Lema
```

**UNTIED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GABRIELLA LEMA, ) <br> ) <br>         Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> SIRVA/NAL WORLDWIDE LOGISTICS,) <br> ET AL., ) <br> ) <br>         Defendants. ) <br> ) | **CASE NO. C07-03631 HRL** <br><br> **NOTICE OF APPEARANCE** |

**TO THE COURT AND ALL PARTIES OF RECORD:**

Please take notice that Robert E. Thompson, Esq., 110 Sutter Street, Suite 501, San Francisco, California 94104, has been retained by plaintiff and as a result thereof will appear in the above-captioned action to represent plaintiff's interest. Please forward all service materials to the above-referenced address.

```
Dated: September 3, 2007                    _____/S/_____
                                            Robert E. Thompson, Esq.
                                            Attorney for Plaintiff
                                            Gabriella Lema
```