```
 1  Robert E. Thompson, Esq.
    110 Sutter Street, Suite 501
 2  San Francisco, California  94104
    California State Bar No. 93022
 3  Telephone:  (415)  543-2818
    Facsimile:  (415)  788-6144
 4
    Attorney for Plaintiff
 5  Gabriella Lema
```

**UNTIED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GABRIELLA LEMA,<br><br>            Plaintiff,<br><br>      v.<br><br>SIRVA/NAL WORLDWIDE LOGISTICS, ET AL.,<br><br>            Defendants. | **CASE NO. C07-03631 HRL**<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: October 3, 2007                    _____/S/_____
                                          Robert E. Thompson, Esq.
                                          Attorney for Plaintiff
                                          Gabriella Lema