**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gabrielle Lema,<br><br>    Plaintiff,<br><br>  v.<br><br>Sirva/Nal Worldwide Logistrica, et.al.,<br><br>    Defendants.<br>_____/ | No. C07-03631<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for October 16, 2007 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: October 4, 2007                     RICHARD W. WIEKING,
                                            United States District Court

                                            */s/ Patty Cromwell*
                                            By: Patty Cromwell
                                            Courtroom Deputy Clerk to
                                            Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Douglas A. Barritt     dbarritt@barrittsmith.com

Robert Embers Thompson     thmpson@pacbell.net