```
Robert E. Thompson, Esq.
110 Sutter Street, Suite 501
San Francisco, California  94104
California State Bar No. 93022
Telephone: (415)  543-2818
Facsimile: (415)  788-6144

Attorney for Plaintiff
Gabrielle Lema
```

# UNTIED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GABRIELLE LEMA,<br><br>        Plaintiff,<br><br>   v.<br><br>SIRVA/NAL WORLDWIDE LOGISTICS,<br>ET AL.,<br><br>        Defendants. | **CASE NO. C07-03631 JF**<br><br>**NOTICE OF MOTION AND MOTION FOR FOR LEAVE TO AMEND COMPLAINT**<br><br>Hearing Date: December 21, 2007<br>Hearing Time: 9:00 AM<br>Courtroom: 3<br><br>**Before the Honorable United States District Court Judge Jeremy Fogel** |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on December 21, 2007, at 9:00 a.m., or as soon thereafter as counsel may be heard by the above-captioned Court, located at 280 s. 1ST Street, San Jose, California, 95113, in the courtroom of the honorable United States District Court Judge Jeremy Fogel, Plaintiff Gabrielle Lema will move the Court for leave to file an Amended Complaint. This motion is brought on the grounds that the initial complaint was filed without counsel in the State Court of California, for the County of Alameda, and misnames companies that were intended to be parties herein and fails to include facts relevant to

1 | claims to be asserted against all intended defendants.
2 |     This motion is based on this Notice of Motion and Motion, the
3 | Memorandum of Points and Authorities, Declaration of Counsel In Support
4 | of Motion, the pleadings and papers on file herein, and upon other
5 | matters as may be presented at the time of the hearing.

Dated: November 16, 2007
                                            Robert E. Thompson, Esq.
                                            Attorney for Plaintiff
                                            Gabrielle Lema