```
 1  Robert E. Thompson, Esq.
    110 Sutter Street, Suite 501
 2  San Francisco, California  94104
    California State Bar No. 93022
 3  Telephone: (415)  543-2818
    Facsimile: (415)  788-6144
 4
    Attorney for Plaintiff
 5  Gabrielle Lema
```

**UNTIED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GABRIELLE LEMA,<br><br>        Plaintiff,<br><br>    v.<br><br>SIRVA/NAL WORLDWIDE LOGISTICS, ET AL.,<br><br>        Defendants. | **CASE NO. C07-03631 JF**<br><br>**DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>Hearing Date: December 21, 2007<br>Hearing Time: 9:00 AM<br>Courtroom:   3<br><br>**Before the Honorable United States District Court Judge Jeremy Fogel** |

I, Robert E. Thompson, hereby declare and state the following:

1.  I am an attorney in good standing with the State Bar of California and I am plaintiff' counsel of record in the above-captioned action. I have personal knowledge of the matters contained herein and, if called upon, would competently testify thereto.

2.  After being retained to take over the representation of plaintiff's interest who had been representing herself in a pro se status, I reviewed the complaint on file in this action and believe that justice requires the filing of an amended complaint to set forth the relevant facts and claims that are in dispute. A copy of the [Proposed]

1  Amended Complaint For Damages is transmitted herewith.

2       3.   The [Proposed] Amended Complaint is not advanced for the
3  purpose of delay or prejudice to other parties but instead, is advanced
4  to guarantee that plaintiff has her dispute heard in full.

5       4.   I believe and therefore submit to the Court that good cause
6  exist for granting leave to plaintiff to amend her complaint.

7       I declare under penalty of perjury under the laws of the State of
8  California that the foregoing is true and correct to the best of my
9  knowledge and belief.

10      Executed on this 16th day of November, 2007, in San Francisco,
11 California.

12                                              /s/
13                                      _____
14                                      Robert E. Thompson, Declarant