1 | Robert E. Thompson, Esq.
110 Sutter Street, Suite 501
2 | San Francisco, California  94104
California State Bar No. 93022
3 | Telephone:  (415)  543-2818
Facsimile:  (415)  788-6144
4
Attorney for Plaintiff
5 | Gabrielle Lema

6 | **UNTIED STATES DISTRICT COURT**

7 | **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8 | **SAN JOSE DIVISION**

9

10 | GABRIELLE LEMA,                              )
                                             )    **CASE NO. C07-03631 JF**
11 |                                          )
                    Plaintiff,               )    **DECLARATION OF PLAINTIFF'S COUNSEL**
12 |                                          )    **IN SUPPORT OF MOTION FOR LEAVE**
                                             )    **TO AMEND COMPLAINT**
13 |                                          )
                                             )
14 |          v.                              )    Hearing Date:  December 21, 2007
                                             )    Hearing Time:  9:00 AM
15 |                                          )    Courtroom:     3
      SIRVA/NAL WORLDWIDE LOGISTICS,)
16 | ET AL.,                                  )
                                             )    **Before the Honorable United States**
17 |                    Defendants.           )    **District Court Judge Jeremy Fogel**
                                             )
18 | _____)

19 |        I, Robert E. Thompson, hereby declare and state the following:

20 |        1.   I am an attorney in good standing with the State Bar of

21 | California and I am plaintiff' counsel of record in the above-captioned

22 | action.  I have personal knowledge of the matters contained herein and,

23 | if called upon, would competently testify thereto.

24 |        2.   After being retained to take over the representation of

25 | plaintiff's interest who had been representing herself in a pro se

26 | status, I reviewed the complaint on file in this action and believe that

27 | justice requires the filing of an amended complaint to set forth the

28 | relevant facts and claims that are in dispute.  A copy of the [Proposed]

1  Amended Complaint For Damages is transmitted herewith.

2       3.   The [Proposed] Amended Complaint is not advanced for the

3  purpose of delay or prejudice to other parties but instead, is advanced

4  to guarantee that plaintiff has her dispute heard in full.

5       4.   I believe and therefore submit to the Court that good cause

6  exist for granting leave to plaintiff to amend her complaint.

7       I declare under penalty of perjury under the laws of the State of

8  California that the foregoing is true and correct to the best of my

9  knowledge and belief.

10      Executed on this 16th day of November, 2007, in San Francisco,

11  California.

12                              /s/

13                        _____
                          Robert E. Thompson, Declarant
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECL OF COUNSEL IN SUPPORT OF MOTION
                                                 FOR LEAVE TO FILE AMENDED COMPLAINT**