```
 1 | Robert E. Thompson, Esq.
   | 110 Sutter Street, Suite 501
 2 | San Francisco, California  94104              **E-filed 11/28/07**
   | California State Bar No. 93022
 3 | Telephone: (415) 543-2818
   | Facsimile: (415) 788-6144
 4 |
   | Attorney for Plaintiff
 5 | Gabrielle Lema
```

# UNTIED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GABRIELLE LEMA, | **CASE NO. C07-03631 JF** |
| Plaintiff, | **STIPULATION TO CONTINUE CASE CONFERENCE FROM NOVEMBER 30, 2007 TO DECEMBER 21, 2007** |
| v. | |
| SIRVA/NAL WORLDWIDE LOGISTICS, ET AL., | |
| Defendants. | **Before the Honorable United States District Court Judge Jeremy Fogel** |

On November 29, 2007, plaintiff's counsel will be hospitalized and will be unable to attend the Case Management Conference scheduled for November 30, 2007. As a result, it is hereby stipulated by and between the parties hereto through their respective attorneys of record that the Case Management Conference scheduled for November 30, 2007 be continued to December 21, 2007.

Dated: November 20, 2007

Robert E. Thompson
_____
Robert E. Thompson, Esq.
Attorney for Plaintiff

Dated: November 20, 2007

Douglas A. Barritt
_____
Douglas A. Barritt, Esq.
Attorney for Defendants

**ORDER**

Having considered the Stipulation of the parties continuing the Case Management Conference from November 30, 2007 to December 21, 2007, and finding good cause therefor,

IT IS HEREBY ORDERED that the Case Management Conference is scheduled for December 21, 2007, at 10:30 a.m.

Dated: 11/27/07

_____
United States District Judge
Jeremy Fogel