**BARRITT SMITH LLP**
Douglas A. Barritt, Bar No. 150955
17310 Red Hill Avenue, Suite 140
Irvine, California 92614
Phone:   949-553-0700
Fax:     949-553-0715
Email:   dbarritt@barrittsmith.com

Attorneys for Defendants
SIRVA, INC., JOE JENIO, KEN WHELAN,
SCOTT BLACK and RAMON PADILLA

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GABRIELLA LEMA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SIRVA/NAL WORLDWIDE LOGISTICS, JUAN CORTES, JOE JENIO, SCOTT BLACK, KEN WHELAN, MARILYN BEASLEY, RAMON PIDALLA, and DOES 1-10,<br><br>　　　　Defendants. | CASE NO.: C07 03631 (JF)<br><br>**STATEMENT OF NON-OPPOSITION RE PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>Date:　　　December 21, 2007<br>Time:　　　9:00 a.m.<br>Courtroom: 3 |

　　　On or about November 16, 2007, plaintiff Gabriella Lema filed her Motion for Leave to Amend Complaint ("Motion"). The hearing on plaintiff's Motion is scheduled for December 21, 2007. Pursuant to Local Rule 7-3(b), defendants submit this statement to inform the Court that they do not oppose plaintiff's Motion.

DATED: November 29, 2007

　　　　　　　　　　　　　　　　　　　　**BARRITT SMITH LLP**

　　　　　　　　　　　　　　　　　　　　By: /s/ Douglas A. Barritt_____
　　　　　　　　　　　　　　　　　　　　　　Douglas A. Barritt
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　　　　　　　SIRVA, INC., JOE JENIO, KEN WHELAN,
　　　　　　　　　　　　　　　　　　　　　　SCOTT BLACK and RAMON PADILLA