**BARRITT SMITH LLP**
Douglas A. Barritt, Bar No. 150955
17310 Red Hill Avenue, Suite 140
Irvine, California 92614
Phone:    949-553-0700
Fax:      949-553-0715
email:    dbarritt@barrittsmith.com

Attorneys for Defendants
SIRVA, INC., JOE JENIO, KEN WHELAN,
SCOTT BLACK and RAMON PADILLA

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| GABRIELLA LEMA,<br><br>    Plaintiff,<br><br>  vs.<br><br>SIRVA/NAL WORLDWIDE LOGISTICS, JUAN CORTES, JOE JENIO, SCOTT BLACK, KEN WHELAN, MARILYN BEASLEY, RAMON PIDALLA, and DOES 1-10,<br><br>    Defendants. | CASE NO.: C07 03631 (JF)<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXTENDING THE MEDIATION COMPLETION DATE FROM DECEMBER 27, 2007 TO FEBRUARY 15, 2008** |

*Left margin (vertical text):* **BARRITT SMITH LLP** 17310 RED HILL AVENUE, SUITE 140 IRVINE, CALIFORNIA 92614 949-553-0700

**STIPULATION**

WHEREAS, the parties have selected mediation as the appropriate Alternative Dispute Resolution process in this matter;

WHEREAS, on September 28, 2007, Magistrate Judge Howard R. Lloyd approved the use of mediation in this matter and entered an Order setting December 27, 2007 as the date by which to complete the mediation;

WHEREAS, on October 12, 2007, the ADR Case Administrator assigned Marjorie Gelb to act as the mediator in this matter;

WHEREAS, on October 30, 2007, the parties and Ms. Gelb conducted a conference call (pursuant to ADR L.R. 6-6) and scheduled the mediation to take place on December 13, 2007;

WHEREAS, plaintiff has recently decided to seek permission to amend her Complaint and plaintiff's counsel was recently hospitalized, both of which have delayed the taking of plaintiff's deposition;

WHEREAS, defendants believe that it is essential to take plaintiff's deposition prior to the mediation;

WHEREAS, plaintiff's deposition has been rescheduled to December 20, 2007;

WHEREAS, the parties have met and conferred with Ms. Gelb and have now agreed to conduct the mediation on January 30, 2008;

WHEREAS, four of the five defendants are available to conduct the mediation on January 30, 2008, the only exception being individual defendant Ramon Padilla who will be out of town, but available by telephone;

WHEREAS, given the number of parties and their schedules (including their attorneys' schedules), there is no date (until late March 2008) on which every party, their counsel and the mediator are available for the mediation; and

WHEREAS, individual defendant Padilla is a less significant defendant and not essential to the mediation process and, therefore, the parties request that he be allowed to attend the mediation telephonically;

BARRITT SMITH LLP
17310 RED HILL AVENUE, SUITE 140
IRVINE, CALIFORNIA 92614
949-553-0700

1    IT IS HEREBY STIPULATED by Plaintiff and Defendants, through their attorneys herein,

2    that the mediation completion date be continued to February 15, 2008 and that individual defendant

3    Ramon Padilla be allowed to attend the mediation telephonically.

4

5    DATED: December 12, 2007

**Law Office of Robert E. Thompson**

6

7    By: /s/ Robert E. Thompson
        Robert E. Thompson
        Attorney for Plaintiff
8       GABRIELLA LEMA

9    DATED: December 12, 2007

**Barritt Smith llp**

10

11   By: /s/ Douglas A. Barritt
        Douglas A. Barritt
12      Attorney for Defendants
        SIRVA, INC., JOE JENIO, KEN WHELAN,
13      SCOTT BLACK and RAMON PADILLA

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO EXTEND MEDIATION COMPLETION DATE**
**CASE NO. C07 03631 (JF)**

**Barritt Smith llp**
17310 Red Hill Avenue, Suite 140
Irvine, California 92614
949-553-0700

1

## <u>ORDER</u>

Having considered the Stipulation of the parties requesting that the mediation completion date be extended from December 27, 2007 to February 15, 2008 and finding good cause therefore,

IT IS HEREBY ORDERED that the mediation completion date is extended from December 27, 2007 to February 15, 2008 and that the parties submit their respective written mediation statements at least seven days prior to the mediation.

DATED: December __, 2007

_____
United States District Judge
Jeremy Fogel

**STIPULATION TO EXTEND MEDIATION COMPLETION DATE**
**CASE NO. C07 03631 (JF)**

BARRITT SMITH LLP
17310 RED HILL AVENUE, SUITE 140
IRVINE, CALIFORNIA 92614
949-553-0700