\*\*E-filed 12/18/07\*\*

1  **BARRITT SMITH LLP**
Douglas A. Barritt, Bar No. 150955
2  17310 Red Hill Avenue, Suite 140
Irvine, California 92614
3  Phone:     949-553-0700
Fax:       949-553-0715
4  email:     dbarritt@barrittsmith.com

5  Attorneys for Defendants
SIRVA, INC., JOE JENIO, KEN WHELAN,
6  SCOTT BLACK and RAMON PADILLA

7

8                    **UNITED STATES DISTRICT COURT**

9             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                        **SAN JOSE DIVISION**

11  GABRIELLA LEMA,                          CASE NO.: C07 03631 (JF)

12          Plaintiff,                       **STIPULATION AND [PROPOSED]
                                             ORDER RE EXTENDING THE**
13      vs.                                  **MEDIATION COMPLETION
                                             DATE FROM DECEMBER 27, 2007**
14  SIRVA/NAL WORLDWIDE LOGISTICS, JUAN      **TO FEBRUARY 15, 2008**
CORTES, JOE JENIO, SCOTT BLACK, KEN
15  WHELAN, MARILYN BEASLEY, RAMON
PIDALLA, and DOES 1-10,
16
          Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

_Left margin (vertical):_ **BARRITT SMITH LLP** 17310 RED HILL AVENUE, SUITE 140 IRVINE, CALIFORNIA 92614 949-553-0700

1
**STIPULATION TO EXTEND MEDIATION COMPLETION DATE
CASE NO. C07 03631 (JF)**

**BARRITT SMITH LLP**
17310 RED HILL AVENUE, SUITE 140
IRVINE, CALIFORNIA 92614
949-553-0700

## STIPULATION

1

2   WHEREAS, the parties have selected mediation as the appropriate Alternative Dispute

3   Resolution process in this matter;

4   WHEREAS, on September 28, 2007, Magistrate Judge Howard R. Lloyd approved the use of

5   mediation in this matter and entered an Order setting December 27, 2007 as the date by which to

6   complete the mediation;

7   WHEREAS, on October 12, 2007, the ADR Case Administrator assigned Marjorie Gelb to act

8   as the mediator in this matter;

9   WHEREAS, on October 30, 2007, the parties and Ms. Gelb conducted a conference call

10  (pursuant to ADR L.R. 6-6) and scheduled the mediation to take place on December 13, 2007;

11  WHEREAS, plaintiff has recently decided to seek permission to amend her Complaint and

12  plaintiff's counsel was recently hospitalized, both of which have delayed the taking of plaintiff's

13  deposition;

14  WHEREAS, defendants believe that it is essential to take plaintiff's deposition prior to the

15  mediation;

16  WHEREAS, plaintiff's deposition has been rescheduled to December 20, 2007;

17  WHEREAS, the parties have met and conferred with Ms. Gelb and have now agreed to

18  conduct the mediation on January 30, 2008;

19  WHEREAS, four of the five defendants are available to conduct the mediation on January 30,

20  2008, the only exception being individual defendant Ramon Padilla who will be out of town, but

21  available by telephone;

22  WHEREAS, given the number of parties and their schedules (including their attorneys'

23  schedules), there is no date (until late March 2008) on which every party, their counsel and the

24  mediator are available for the mediation; and

25  WHEREAS, individual defendant Padilla is a less significant defendant and not essential to the

26  mediation process and, therefore, the parties request that he be allowed to attend the mediation

27  telephonically;

28

2

**STIPULATION TO EXTEND MEDIATION COMPLETION DATE**
**CASE NO. C07 03631 (JF)**

1    IT IS HEREBY STIPULATED by Plaintiff and Defendants, through their attorneys herein,

2  that the mediation completion date be continued to February 15, 2008 and that individual defendant

3  Ramon Padilla be allowed to attend the mediation telephonically.

4

5  DATED: December 12, 2007

6                                                   **LAW OFFICE OF ROBERT E. THOMPSON**

7                                                   By:  /s/ Robert E. Thompson
                                                         Robert E. Thompson
8                                                        Attorney for Plaintiff
                                                         GABRIELLA LEMA

9  DATED: December 12, 2007

10                                                  **BARRITT SMITH LLP**

11                                                  By:  /s/ Douglas A. Barritt
                                                         Douglas A. Barritt
12                                                       Attorney for Defendants
                                                         SIRVA, INC., JOE JENIO, KEN WHELAN,
13                                                       SCOTT BLACK and RAMON PADILLA

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**STIPULATION TO EXTEND MEDIATION COMPLETION DATE**
**CASE NO. C07 03631 (JF)**

**BARRITT SMITH LLP**
17310 RED HILL AVENUE, SUITE 140
IRVINE, CALIFORNIA 92614
949-553-0700

1

**ORDER**

2      Having considered the Stipulation of the parties requesting that the mediation completion date

3  be extended from December 27, 2007 to February 15, 2008 and finding good cause therefore,

4      IT IS HEREBY ORDERED that the mediation completion date is extended from

5  December 27, 2007 to February 15, 2008 and that the parties submit their respective written mediation

6  statements at least seven days prior to the mediation.

7

8  DATED: December 18, 2007

9      _____

10     United States District Judge
       Jeremy Fogel

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BARRITT SMITH LLP**
17310 RED HILL AVENUE, SUITE 140
IRVINE, CALIFORNIA 92614
949-553-0700

4

**STIPULATION TO EXTEND MEDIATION COMPLETION DATE**
**CASE NO. C07 03631 (JF)**