UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵗʰ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, December 21, 2007
**Case Number:** CV-07-3631-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:        **GABRIELLA LEMA  V.  SIRVA/NAL WORLDWIDE LOGISTICS, ET AL**

**PLAINTIFF**                                           **DEFENDANT**

Attorneys Present: Robert Thompson              Attorneys Present: Douglas Barritt

---

PROCEEDINGS:

Hearing on Motion to Amend Complaint held.  Parties are present.  There being no opposition, the motion is granted.  The case management conference is continued to 2/22/08 at 10:30 a.m.