# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

GABRIELLE LEMA

V.

SIRVA/NAL WORLDWIDE LOGISTICS, SIRVA, INC., JUAN CORTES, MARILYN BEARDSLEY, ET AL.

TO: (Name and address of defendant)

JUAN CORTES

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-03631 (JF)

FILED

JAN 16 2008

RICHARD W. W...

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT E. THOMPSON
110 SUTTER STREET,
SUITE 501
SAN FRANCISCO, CA 94104

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK
Tiffany Salinas-Harwell

DATE

DEC 3 1 2007

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY
ROBERT E. THOMPSON (SBN 93022)
LAW OFFICE OF ROBERT E. THOMPSON
110 Sutter Street, Suite 501
San Francisco, CA 94104
Telephone: (415) 543-2818

ATTORNEY(S) FOR: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GABRIELLE LEMA | CASE NUMBER |
|---|---|
| Plaintiff, | 07-03631 (JF) |
| V. | |
| SIRVA/NAL WORLDWIDE LOGISTICS, et. al. | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT FOR DAMAGES FOR DENIAL OF CIVIL RIGHTS IN EMPLOYMENT, VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT; AND VARIOUS PENDENT STATE CLAIMS

in the within action by personally delivering true copies thereof to the person served as follows:

    Served           : JUAN CORTES

    By serving      : Juan Cortez, Personally

    Address         : Valley Relocation
                         3010 Ramco Street
                         West Sacramento, CA 95691

    Date of Service : January 4, 2008

    Time of Service : 2:10 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: January 8, 2008

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered Sacramento
Number 2000-09

228300

Signature: _Kay Reinhart_
KAY REINHART