# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

FILED
2008 JAN 22 P 3:31

RICHARD W. WIEKING
CLERK
NO. DIST. OF CA. S.J.

**SUMMONS IN A CIVIL CASE**

GABRIELLE LEMA

CASE NUMBER: 07-03631 (JF)

V.

SIRVA/NAL WORLDWIDE LOGISTICS, SIRVA, INC., JUAN CORTES, MARILYN BEARDSLEY, ET AL.

TO: (Name and address of defendant)

MARILYN BEARDSLEY

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT E. THOMPSON
110 SUTTER STREET,
SUITE 501
SAN FRANCISCO, CA 94104

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

DATE

DEC 3 1 2007

ROBERT E. THOMPSON (SBN 93022)
LAW OFFICE OF ROBERT E. THOMPSON
110 Sutter Street, Suite 501
San Francisco, CA 94104
Telephone: (415) 543-2818
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : GABRIELLE LEMA

Defendant : SIRVA/NAL WORLDWIDE LOGISTICS, et. al.

Ref#: 228299        *    **PROOF OF SERVICE**     Case No.: 07-03631 (JF)

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT FOR DAMAGES FOR DENIAL OF CIVIL RIGHTS IN EMPLOYMENT, VIOLATION OF TITLE VII OF THE VARIOUS PENDENT STATE CLAIMS

in the within action by personally delivering true copies thereof to the person named below, as follows:

   Party served     : MARILYN BEARDSLEY

   By serving       : William (Bill) Elkins, SPHR, Manager, Labor & Employee Relations

   Address          : Lawrence Berkeley National Laboratory-Human Resources
           1 Cyclotron Road, MS: 65A-101, Bldg. 65B, Room 104
           Berkeley, CA 94720

   Date of Service: January 11, 2008

   Time of Service: 10:40 AM

Person who served papers:
JARVIS D. HASKIN
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $70.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 1006
(iii) County: Alameda

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: January 16, 2008                    Signature _____

ROBERT E. THOMPSON (SBN 93022)
LAW OFFICE OF ROBERT E. THOMPSON
110 Sutter Street, Suite 501
San Francisco, CA 94104
Telephone: (415) 543-2818
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : GABRIELLE LEMA

Defendant : SIRVA/NAL WORLDWIDE LOGISTICS, et. al.

Ref#: 228299        **DECLARATION OF MAILING**    Case No.: 07-03631 (JF)

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT FOR DAMAGES FOR DENIAL OF CIVIL RIGHTS IN EMPLOYMENT, VIOLATION OF TITLE VII OF THE VARIOUS PENDENT STATE CLAIMS

in the within action by placing true copies thereof in a sealed envelope with first class postage fully prepaid thereon in the United States mail at San Francisco, California , addressed as follows:

MARILYN BEARDSLEY

Lawrence Berkeley National Laboratory-Human Resources
1 Cyclotron Road, MS: 65A-101, Bldg. 65B, Room 104
Berkeley, CA 94720

Date of Mailing: January 16, 2008

Person who served papers:
JARVIS D. HASKIN
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $70.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 1006
(iii) County: Alameda

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 17, 2008                Signature_____

ROBERT E. THOMPSON (SBN 93022)
LAW OFFICE OF ROBERT E. THOMPSON
110 Sutter Street, Suite 501
San Francisco, CA 94104
Telephone: (415) 543-2818
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : GABRIELLE LEMA

Defendant : SIRVA/NAL WORLDWIDE LOGISTICS, et. al.

Ref#: 228299    *   **DECLARATION RE SERVICE**    Case No.: 07-03631 (JF)

I am and was on the dates herein mentioned, over the age of eighteen and not a party to the within action. My business address is: 1112 Bryant Street, Suite 200, San Francisco, CA 94103. I received the within process on January 3, 2008 and made the following attempt(s), effort(s), and/or inquirie(s) to serve the within named: MARILYN BEARDSLEY

Residence address (H) : UNKNOWN

Business address (B) : 1 Cyclotron Road, MS: 65A-101, Bldg. 65B, Room 104,

Below is a list of dates, times and details regarding efforts to effect service.

1/7/2008 @ 12:15 PM (B) Restricted access, need permission to gain access per guard. Gaurd called subject and received no answer. Attempts made by Jarvis Haskin.
1/10/2008 @ 11:45 AM (B) Subject not available at time of attempt. Human Resources is authorized to accept on subjects behalf per H. R. manager.
1/11/2008 @ 10:40 AM (B) Subject not available per H. R. manager. Effected substitute service per CCP § 415.20(b).

Declarant:
JARVIS D. HASKIN
SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $70.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 1006
(iii) County: Alameda

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 17, 2008                        Signature_____