```
 1  Robert E. Thompson, Esq.
    110 Sutter Street, Suite 501
 2  San Francisco, California  94104
    California State Bar No. 93022
 3  Telephone:  (415)  543-2818
    Facsimile:  (415)  788-6144
 4
    Attorney for Plaintiff
 5  Gabrielle Lema
```

UNTIED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GABRIELLE LEMA, <br><br> Plaintiff, <br><br> v. <br><br> SIRVA/NAL WORLDWIDE LOGISTICS, SIRVA, INC., JUAN CORTES, JOE JENIO, SCOTT BLACK, KEN WHELAN, MARILYN BEARDSLEY, RAMON PADILLA, <br><br> Defendants. | CASE NO. C07-03631 JL <br><br> **STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(1).

Dated: January 31, 2008

_____
Robert E. Thompson, Esq.
Attorney for Plaintiff

Dated: February 4, 2008

_____
Douglas A. Barritt, Esq.
Attorney for Defendants

STIPULATION OF DISMISSAL