**UNITED STATES DISTRICT COURT**

**Northern District of California**

| | |
|---|---|
| Lema, | No. C 07-03631 JF MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Sirva/Nal Worldwide Logistrica, | |
| Defendant(s). | |

*Instructions:* *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __1/30/08__

2. Did the case settle?   ☒ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: __2/4/08__                         _[signature]_
                                          Mediator, Marjorie Gelb
                                          Attorney at Law
                                          6279 Chabot Road
                                          Oakland, CA 94618

**Certification of ADR Session**
07-03631 JF MED